IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 24-cv-02999-CNS-NRN

TIFFANY MAI,

Plaintiff,

v.

LAURA ELSADEN,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge N. Reid Neureiter

It is hereby ORDERED that the Joint Motion for Entry of Stipulated Protective Order (ECF No. 22) is GRANTED. The proposed Joint Protective Order (ECF No. 22-1) is APPROVED and made an Order of Court.

Date: February 19, 2025