IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE CHARLOTTE N. SWEENEY**

| | |
|---|---|
| Civil Action: 24-cv-02299-CNS-STV | Date: October 22, 2025 |
| Courtroom Deputy: Julie Dynes | Court Reporter: Tamara Hoffschildt |

| *Parties* | *Counsel* |
|---|---|
| TIFFANY MAI<br>**Plaintiff** | *Tracy Ashmore* |
| v. | |
| LAURA ELSADEN<br>**Defendant** | *T. Markus Funk* |

### COURTROOM MINUTES

**ORAL ARGUMENT**

Court in Session: 10:01 a.m.

Appearance of counsel.

Argument as to [38] Defendant's Motion to Dismiss Amended Complaint given by Ms. Ashmore and Mr. Funk with questions from the Court.

As outlined on the record, it is

**ORDERED: [38] Defendant's Motion to Dismiss Amended Complaint is DENIED.**

Discussion held on discovery, summary judgment motions, and possibility of settlement.

If parties attend mediation, parties are to submit a joint email to chambers as to the date of mediation and an additional email within a week after mediation is held as to the outcome.

Court in Recess: 10:54 a.m.        Hearing concluded.        Total time in Court: 00:53